# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| NGOZI PAULA EJIM,<br>　　　*Plaintiffs,* | §<br>§<br>§ | |
| v. | §<br>§ | **1:25-CV-01798-ADA-SH** |
| OKAPI ENVIRONMENTAL<br>SERVICES, LLC,<br>　　　*Defendants.* | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 6. The report and recommendation addressed the merits of Plaintiff's Complaint and Plaintiff's failure to provide a more definite statement in spite of the Court's order to do so. *Id.* The report and recommendation recommended that the Court **DISMISS** this case without prejudice under Rule 41(b). Judge Hightower issued the report and recommendation on December 8, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Hightower's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 6) is **ADOPTED**. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

**SIGNED** on February 5, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE